Sherwood J. Reese
Sherwood.reese@comcast.net
Luke Moen-Johnson
sherwoodreese@comcast.net
Drew L. Johnson, P.C.
1700 Valley River Drive
Eugene, OR  97401
(541) 434-6466

Attorneys for Plaintiff

UNITED STATES COURT DISTRICT COURT

DISTRICT OF OREGON

**ANNETTE R.,**

                Plaintiff,

      vs.

**Commissioner of Social Security
Administration**,

              Defendant.

Civil No. 6:25-cv-01558-JR

**ORDER FOR ATTORNEY FEES
PURSUANT TO EAJA**

After considering the Stipulated Motion of the parties submitted herein, Order hereby grants that Commissioner shall pay Plaintiff's attorney the sum of $8,606.72 upon verification that Plaintiff has no debt to the government which qualifies for offset against the awarded fees, pursuant to the reasoning in *Astrue v. Ratliff,* 560 U.S. 586, 130 S. Ct. 2521, 2527 (2010) (EAJA awards fees subject "to a federal administrative offset if the Litigant has outstanding federal debts") for full settlement of all claims for fees under EAJA.

1 – ORDER FOR ATTORNEY FEES PURSUANT TO EAJA

If Plaintiff has no such federal debt, payment of $8,606.72 shall be made either by Electronic Fund Transfer (ETF) to Plaintiff's attorneys, Drew L. Johnson, P.C. or by check mailed to their office at the address provided above.  If Plaintiff has such debt, the check for any remaining funds after offset shall be made out to Plaintiff and mailed to counsel's office at the address provided above.

IT IS SO ORDERED this 16th day of March, 2026.


 /s/ Jolie A. Russo
Jolie A. Russo
U.S. Magistrate Judge


PRESENTED BY:

By:    /s/ SHERWOOD J. REESE
       Sherwood J. Reese, OSB #144130
       Of Drew L. Johnson, P.C.
       Attorneys for Plaintiff


2 – ORDER FOR ATTORNEY FEES PURSUANT TO EAJA